3828.mgp /ev

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA JACKSON and <br> DETONA MOON, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL S. JOHNSON and <br> PAGE TRANSPORTATION, INC., <br> a foreign corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 19-cv-736 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF REMOVAL**

Defendants MICHAEL S. JOHNSON ("Johnson") and PAGE TRANSPORTATION, INC. ("Page Transportation"), by their attorneys HAYNES, STUDNICKA, KAHAN & POULAKIDAS, LLC, pursuant to 28 U.S.C. §§1332, 1441 and 1446, hereby submit their Notice of Removal, and in support thereof, defendants state as follows:

1. On December 28, 2018, plaintiffs Erica Jackson and Detona Moon commenced this action by filing their Complaint at Law (Exhibit 1 hereto) in the Circuit Court of Cook County, Illinois. In sum, plaintiffs allege they each suffered bodily injuries arising from a motor vehicle accident negligently caused by defendants on February 8, 2018, in Thornton Township, Cook County, Illinois.

2. On January 16, 2019, a local sheriff in New York served process on the registered agent of Page Transportation. See Exhibit 1; Summons addressed to Page Transportation (Exhibit 2); and Affidavit of Piper Titus (Exhibit 3), copies of each attached hereto.

3. Defense counsel has obtained a copy of a Summons, dated December 28, 2018 and directed to defendant Johnson at an Indiana address, from the court file maintained by the Clerk of the Circuit Court of Cook County, Illinois (Exhibit 4 hereto).

4. Defendant Johnson has not yet been served with process. However, Johnson is represented by defense counsel and consents to removal of this action. See Affidavit of Michael Johnson (Exhibit 5 hereto).

5. Consequently, this Notice of Removal is timely-filed.

6. Defendants have not filed any appearance or responsive pleadings in the Circuit Court of Cook County, Illinois.

7. Because plaintiffs' Complaint does not include any allegations regarding their individual states of residence or domiciles, defendants retained licensed investigator Corey Fertel to search and verify this information. Based upon his investigation, Mr. Fertel has concluded that plaintiff Erica Jackson has resided in Cook County, Illinois continuously since before February 8, 2018 to the present. Likewise, plaintiff Detona Moon has also resided in Cook County, Illinois continuously since before February 8, 2018 to the present. Accordingly, defendants submit plaintiffs Jackson and Moon are each citizens and residents of Illinois and domiciled in Illinois for purposes of diversity jurisdiction. See Affidavit of Corey Fertel; Exhibit 6 hereto.

8. Based on the foregoing, there is complete diversity among the parties and this is an action between citizens of different states.

9. Plaintiffs' Complaint at Law includes an Affidavit, executed by their attorney pursuant to Illinois S.Ct. Rule 222(b), stating the total monetary damages sought in this action exceed $50,000.00. Various injuries and elements of alleged damages are also itemized in the

Complaint such as plaintiffs' respective temporary and permanent disabling injuries, past and future medical expenses and lost income. See Exhibit 1 hereto. Defendants also anticipate that at trial each plaintiff will ask jurors to award damages for the individual elements of past and future pain and suffering (I.P.I. 30.05) and loss of a normal life experienced and reasonably certain to be experienced in the future (I.P.I. 30.04.01).

10. Before filing suit, plaintiffs' attorney submitted individual settlement demands on behalf of plaintiffs in amounts greater than $75,000 each, exclusive of injuries and costs. The related settlement correspondence from plaintiffs' attorney lists various individual medical diagnoses rendered to each plaintiff plus itemizations of claimed medical bills totaling over $33,000 for plaintiff Erica Jackson and over $17,000 for plaintiff Detona Moon. Based upon all available damages information, there is a reasonable probability that the amounts in controversy exceed the sum or value of $75,000.00 each, exclusive of interest and costs, for the individual claims of plaintiff Erica Jackson and plaintiff Detona Moon. See Affidavit of Attorney Mark G. Poulakidas (Exhibit 7 hereto).

11. Diversity jurisdiction exists and defendants request that this Honorable Court remove the instant action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois. Copies of this Notice of Removal have been served upon plaintiffs' attorney and the Clerk of the Circuit Court of Cook County, Illinois.

WHEREFORE, defendants MICHAEL JOHNSON and PAGE TRANSPORTATION, INC., respectfully request that this Honorable Court remove the instant action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, and enter such other and further relief as this Court deems just.

Respectfully submitted,

HAYNES, STUDNICKA, KAHAN & POULAKIDAS, LLC

/s/Mark G. Poulakidas

Mark G. Poulakidas (mpoulakidas@hskolaw.com)
John B. Racanelli (jracanelli@hskolaw.com)
HAYNES, STUDNICKA, KAHAN & POULAKIDAS, LLC
Attorneys for Defendants
200 West Adams Street, Suite 2175
Chicago, Illinois 60606
Tel. 312-332-6644
Fax 312-332-6655