#8221

RECEIVED
CAYUGA COUNTY SHERIFF
CIVIL DIVISION
2019 JUN...

Atty. # 91470

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

FILED
12/28/2018 10:37 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L013943

ERICA JACKSON and
DETONA MOON,
        Plaintiffs,

vs.

MICHAEL S. JOHNSON, and
PAGE TRANSPORTATION, INC.,
a Foreign Corporation,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2018L013943

Amount: exceeds $50,000.00

### COMPLAINT AT LAW

NOW COME the Plaintiffs, ERICA JACKSON and DETONA MOON, by and through

their attorneys, HELLER AND RICHMOND LTD., and for their Complaint against the

Defendants, MICHAEL S. JOHNSON, and PAGE TRANSPORTATION, INC., a Foreign

Corporation, and states as follows:

### COUNT I: ERICA JACKSON vs. MICHAEL S. JOHNSON

1.     That on or about February 8, 2018, the Plaintiff, ERICA JACKSON,

operated and owned a certain motor vehicle that was travelling Northbound along and upon I-

294 at or near Milepost .5 in Thornton Township, County of Cook and State of Illinois.

2.     That at the aforesaid time and place, the Defendant, MICHAEL S. JOHNSON,

was the bailee and operator of a certain semi tractor-trailer when he was travelling Northbound

on I-294 at or near Milepost .5 in the lane immediately to the left of the Plaintiff's vehicle.

3.     That at said time and place the Defendant, MICHAEL S. JOHNSON, merged to

the right into the lane where the Plaintiff was driving, striking the Plaintiff's vehicle and pushing

said vehicle for over a minute, thereby causing the Plaintiff to sustain injuries.

1



DEFENDANT'S
EXHIBIT

4.    That at all times hereto material, it was the duty of the Defendant, MICHAEL S. JOHNSON, to exercise ordinary care for the safety of the person and property of others then and there upon said roadway and, especially, Plaintiff, ERICA JACKSON, herein.

5.    Notwithstanding said duty as heretofore alleged in the preceding paragraph, Defendant, MICHAEL S. JOHNSON, then and there carelessly and negligently did, or failed to do, one or more of the following acts:

    a.    Operated said semi without brakes adequate to control the movement of and to stop and hold said vehicle;

    b.    Failed to keep a proper lookout for traffic then and there upon said roadways;

    c.    Failed to retain sufficient and proper control over the operation of said motor vehicle;

    d.    Failed to operate said motor vehicle in a reasonably safe manner so as not to cause injury to Plaintiff.

    e.    Failed to decrease the speed of said motor vehicle as was necessary to avoid colliding with the vehicle of Plaintiff in compliance with legal requirements and the duty of all persons to use due care, contrary to and in violation of 625 ILCS 5/11-601(a);

    f.    Failed to stay in his designated lane of traffic until it was safe to change lanes, contrary to and in violation of 625 ILCS 5/11-709;

    g.    Otherwise carelessly and negligently operated, maintained and controlled said commercial vehicle so as to cause injury to the Plaintiff, ERICA JACKSON.

6.    That as a direct and proximate result of the aforesaid careless and negligent acts or omissions of Defendant, MICHAEL S. JOHNSON, Plaintiff, ERICA JACKSON, was caused to suffer diverse temporary and permanent disabling injuries to her head, body, mind, limbs and nervous system, by reason of which Plaintiff, ERICA JACKSON, has expended and incurred obligations for medical expenses and care and will in the future expend and incur such further obligations; Plaintiff, ERICA JACKSON, has been and will be prevented from attending to her

FILED DATE: 12/28/2018 10:37 AM  2018L013943

2

usual affairs and duties and has lost and will continue to lose great gains she would otherwise have made and acquired.

WHEREFORE, Plaintiff, ERICA JACKSON, prays for judgment against the Defendant, MICHAEL S. JOHNSON, in an amount that exceeds Fifty Thousand Dollars ($50,000.00), which would fairly and reasonably compensate Plaintiff for her damages plus costs.

## COUNT II: ERICA JACKSON vs. PAGE TRANSPORTATION, INC., a Foreign Corporation

1. - 5.  Plaintiff, ERICA JACKSON, re-alleges and incorporates by reference thereto, paragraphs 1 thru 5 of Count I hereto as paragraphs 1 thru 5 of this Count II as though fully set forth.

6.      Defendant, PAGE TRANSPORTATION, INC, a Foreign Corporation, (hereinafter "PAGE") organized and existing under the laws of New York, is engaged in business in the City of Chicago, County of Cook, State of Illinois, and at all times hereto material, was and is the owner of the semi driven by the Defendant, MICHAEL S. JOHNSON.

7.      That at the aforesaid time and place, the Defendant, MICHAEL S. JOHNSON, was an agent and/or employee of the Defendant, PAGE, and was acting in the scope of his authority as agent, and/or employment.

WHEREFORE, the Plaintiff, ERICA JACKSON, prays for judgment against the Defendant, PAGE TRANSPORTATION, INC., a Foreign Corporation, in an amount that exceeds Fifty Thousand Dollars ($50,000.00), which would fairly and reasonably compensate the Plaintiff for her damages plus costs.

## COUNT III: ERICA JACKSON vs. PAGE TRANSPORTATION INC., a Foreign Corporation

1-7.    Plaintiff re-alleges and incorporates by reference thereto each and every allegation set forth in paragraphs 1 through 7 of Count II hereto as paragraphs 1 through 7 of this Count III, as though fully set forth.

FILED DATE: 12/28/2018 10:37 AM   2018L013943

FILED DATE: 12/28/2018 10:37 AM   2018L013943

8.    That it was the duty of Defendant, PAGE, by its agents and employees, to exercise a reasonable degree of care consistent with the practical operation of the semi.

9.    That on February 8, 2018, at approximately 3:00 p.m., while the semi was being operated by the Defendant, MICHAEL S. JOHNSON, the Defendant, PAGE, by its agent and employee, negligently operated the semi when he changed lanes without notice and in a manner unsafe to the plaintiff, ERICA JACKSON, causing the semi to side-swipe the vehicle of the Plaintiff, thereby causing injury to the Plaintiff, ERICA JACKSON.

10.   Defendant, PAGE TRANSPORTATION, INC, a Foreign Corporation, by and through their agent and/or employee, was then and there guilty of one or more of the following acts or omissions:

      (a.)    Failed to supervise properly its hired help;

      (b.)    Failed to prevent the negligent act of its agent;

      (c.)    Otherwise carelessly and negligently performed its work so as to cause damage and injury to the Plaintiff.

11.   That as a direct and proximate result of the careless and negligent acts or omissions of the agent of the Defendant, PAGE, the Plaintiff, ERICA JACKSON, was caused to suffer diverse temporary and permanent disabling injuries to her head, body, mind, limbs and nervous system, by reason of which the Plaintiff, ERICA JACKSON, has expended and incurred obligations for medical expenses and care and will in the future expend and incur such further obligations; Plaintiff, ERICA JACKSON, has been and will be prevented from attending to her usual affairs and duties and has lost and will continue to lose great gains she would otherwise have made and acquired.

WHEREFORE, the Plaintiff, ERICA JACKSON, prays for judgment against the Defendant, PAGE TRANSPORTATION, INC., a Foreign Corporation, in an amount that

exceeds Fifty Thousand Dollars ($50,000.00), which would fairly and reasonably compensate Plaintiff for her damages plus costs.

## COUNT IV: ERICA JACKSON vs. PAGE TRANSPORTATION. INC., a Foreign Corporation

1 - 10.  Plaintiff re-alleges and incorporates by reference thereto, paragraphs 1 through 10 of Count III hereto as paragraphs 1 through 10 of this Count IV as though fully set forth.

11.     That at all times hereto material, it was the duty of the Defendant, PAGE TRANSPORTATION, INC., a Foreign Corporation, (hereinafter "PAGE") to exercise ordinary care with respect to the mechanical condition of the semi owned by the Defendant, and entrusted to MICHAEL S. JOHNSON, for operation on the public highways, and for the safety of the person and property of others then and there upon said roadway.

12.     The Defendant, PAGE, had a further duty to ascertain that the person to whom the aforesaid semi was entrusted, was a responsible person who would exercise ordinary care in the operation of said semi.

13.     That the Defendant, PAGE, entrusted said semi to a person whom they knew, or should have known was irresponsible and therefore may operate said semi in an unsafe and dangerous manner without regard for the safety of others upon said roadway.

14.     Notwithstanding said duty as heretofore alleged in the preceding paragraph, the Defendant, PAGE, was then and there guilty of one or more of the following careless and negligent acts or omissions:

        (a)    Failed to provide and equip the semi with adequate and proper brakes to stop or control the movement of said motor vehicle;

        (b)    Failed to properly maintain said motor vehicle so that it was safe to operate on the public roadway;

        (c)    Entrusted the semi to the Defendant, MICHAEL S. JOHNSON, who operated said motor vehicle in a careless and negligent manner thereby causing a collision with the Plaintiff, ERICA JACKSON.

FILED DATE: 12/28/2018 10:37 AM   2018L013943

FILED DATE: 12/28/2018 10:37 AM 2018L013943

15.     That as a direct and proximate result of the aforesaid careless and negligent acts or omissions of the Defendant, PAGE, the Plaintiff, ERICA JACKSON, was caused to suffer diverse temporary and permanent disabling injuries to her head, body, mind, limbs and nervous system, by reason of which the Plaintiff, ERICA JACKSON, has expended and incurred obligations for medical expenses and care and will in the future expend and incur such further obligations; the Plaintiff, ERICA JACKSON, has been and will be prevented from attending to her usual affairs and duties and has lost and will continue to lose great gains she would otherwise have made and acquired.

WHEREFORE, the Plaintiff, ERICA JACKSON, prays for judgment against the Defendant, PAGE TRANSPORTATION, INC., a Foreign Corporation, in an amount that exceeds Fifty Thousand Dollars ($50,000.00), which would fairly and reasonably compensate Plaintiff for her damages plus costs.

### COUNT V: DETONA MOON vs. MICHAEL S. JOHNSON

1.     That on or about February 8, 2018, the Plaintiff, ERICA JACKSON, operated and owned a certain motor vehicle that was travelling Northbound along and upon I-294 at or near Milepost .5 in Thornton Township, County of Cook and State of Illinois.

2.     That at the aforesaid time and place, the Plaintiff, DETONA MOON, was a passenger in the vehicle driven by ERICA JACKSON, and as a passenger, had no control over the operation of the vehicle.

3.     That at the aforesaid time and place, the Defendant, MICHAEL S. JOHNSON, was the bailee and operator of a certain semi tractor-trailer when he was travelling Northbound on I-294 at or near Milepost .5 in the lane immediately to the left of the Plaintiff's vehicle.

6

FILED DATE: 12/28/2018 10:37 AM   2018L013943

4.      That at said time and place the Defendant, MICHAEL S. JOHNSON, merged to the right into the lane where the Plaintiff was driving, striking the Plaintiff's vehicle and pushing said vehicle for over a minute, thereby causing the Plaintiff to sustain injuries.

5.      That at all times hereto material, it was the duty of the Defendant, MICHAEL S. JOHNSON, to exercise ordinary care for the safety of the person and property of others then and there upon said roadway and, especially, Plaintiff, DETONA MOON, herein.

6.      Notwithstanding said duty as heretofore alleged in the preceding paragraph, Defendant, MICHAEL S. JOHNSON, then and there carelessly and negligently did, or failed to do, one or more of the following acts:

a.      Operated said semi without brakes adequate to control
        the movement of and to stop and hold said vehicle;

b.      Failed to keep a proper lookout for traffic then and there upon said
        roadways;

c.      Failed to retain sufficient and proper control over the operation of said
        motor vehicle;

d.      Failed to operate said motor vehicle in a reasonably safe manner so as not to
        cause injury to Plaintiff.

e.      Failed to decrease the speed of said motor vehicle as was necessary to avoid
        colliding with the vehicle of Plaintiff in compliance with legal requirements
        and the duty of all persons to use due care, contrary to and in violation of
        625 ILCS 5/11-601(a);

f.      Failed to stay in his designated lane of traffic until it was safe to change
        lanes, contrary to and in violation of 625 ILCS 5/11-709;

g.      Otherwise carelessly and negligently operated, maintained and
        controlled said commercial vehicle so as to cause injury to the Plaintiff,
        DETONA MOON.

7.      That as a direct and proximate result of the aforesaid careless and negligent acts, or omissions of Defendant, MICHAEL S. JOHNSON, Plaintiff, DETONA MOON, was caused to suffer diverse temporary and permanent disabling injuries to his head, body, mind, limbs and nervous system, by reason of which Plaintiff, DETONA MOON, has expended and incurred

FILED DATE: 12/28/2018 10:37 AM    2018L013943

obligations for medical expenses and care and will in the future expend and incur such further obligations; Plaintiff, DETONA MOON, has been and will be prevented from attending to her usual affairs and duties and has lost and will continue to lose great gains he would otherwise have made and acquired.

WHEREFORE, Plaintiff, DETONA MOON, prays for judgment against the Defendant, MICHAEL S. JOHNSON, in an amount that exceeds Fifty Thousand Dollars ($50,000.00), which would fairly and reasonably compensate Plaintiff for his damages plus costs.

## COUNT VI: DETONA MOON vs. PAGE TRANSPORTATION, INC., a Foreign Corporation

1-6.    Plaintiff re-alleges and incorporates by reference thereto each and every allegation set forth in paragraphs 1 through 6 of Count V hereto as paragraphs 1 through 6 of this Count VI, as though fully set forth.

7.    Defendant, PAGE TRANSPORTATION, INC, a Foreign Corporation, (hereinafter "PAGE") organized and existing under the laws of New York, is engaged in business in the City of Chicago, County of Cook, State of Illinois, and at all times hereto material, was the owner of the semi driven by the Defendant, MICHAEL S. JOHNSON.

8.    That at the aforesaid time and place, the Defendant, MICHAEL S. JOHNSON, was an agent and/or employee of the Defendant, PAGE, and was acting in the scope of his authority as agent, and/or employment.

WHEREFORE, the Plaintiff, DETONA MOON, prays for judgment against the Defendant, PAGE TRANSPORTATION, INC., a Foreign Corporation, in an amount that exceeds Fifty Thousand Dollars ($50,000.00), which would fairly and reasonably compensate the Plaintiff for his damages plus costs.

## COUNT VII: DETONA MOON vs. PAGE TRANSPORTATION, INC., a Foreign Corporation

FILED DATE: 12/28/2018 10:37 AM   2018L013943

1-8.    Plaintiff re-alleges and incorporates by reference thereto each and every allegation set forth in paragraphs 1 through 8 of Count VI hereto as paragraphs 1 through 8 this Count VII, as though fully set forth.

9.    That it was the duty of Defendant, PAGE, by its agents and employees, to exercise a reasonable degree of care consistent with the practical operation of the semi.

10.    That on February 8, 2018, at approximately 3:00 p.m., while the semi was being operated by the Defendant, MICHAEL S. JOHNSON, the Defendant, PAGE, by its agent and employee, negligently operated the semi when he changed lanes without notice and in a manner unsafe to the plaintiff, DETONA MOON, causing the semi to side-swipe the vehicle of the Plaintiff, thereby causing injury to the Plaintiff, DETONA MOON.

11.    Defendant, PAGE TRANSPORTATION, INC, a Foreign Corporation, by and through their agent and/or employee, was then and there guilty of one or more of the following acts or omissions:

      (a.)    Failed to supervise properly its hired help;

      (b.)    Failed to prevent the negligent act of its agent;

      (c.)    Otherwise carelessly and negligently performed its work so as to cause damage and injury to the Plaintiff.

12.    That as a direct and proximate result of the careless and negligent acts or omissions of the agent of the Defendant, PAGE, the Plaintiff, DETONA MOON, was caused to suffer diverse temporary and permanent disabling injuries to his head, body, mind, limbs and nervous system, by reason of which the Plaintiff, DETONA MOON, has expended and incurred obligations for medical expenses and care and will in the future expend and incur such further obligations; the Plaintiff, DETONA MOON, has been and will be prevented from attending to his usual affairs and duties and has lost and will continue to lose great gains he would otherwise have made and acquired.

FILED DATE: 12/28/2018 10:37 AM 2018L013943

WHEREFORE, the Plaintiff, DETONA MOON, prays for judgment against the Defendant, PAGE TRANSPORTATION, INC., a Foreign Corporation, in an amount that exceeds Fifty Thousand Dollars ($50,000.00), which would fairly and reasonably compensate Plaintiff for his damages plus costs.

## COUNT VIII: DETONA MOON vs. PAGE TRANSPORTATION, INC., a Foreign Corporation

1 - 11.   Plaintiff re-alleges and incorporates by reference thereto, paragraphs 1 through 11 of Count VII hereto as paragraphs 1 through 11 of this Count VIII as though fully set forth.

12.    That at all times hereto material, it was the duty of the Defendants, PAGE, to exercise ordinary care with respect to the mechanical condition of the semi owned by the Defendant, and entrusted to MICHAEL S. JOHNSON, for operation on the public highways, and for the safety of the person and property of others then and there upon said roadway.

13.    The Defendant, PAGE, had a further duty to ascertain that the person to whom the aforesaid semi was entrusted, was a responsible person who would exercise ordinary care in the operation of said motor vehicle.

14.    That the Defendant, PAGE, entrusted said semi to a person whom they knew, or should have known was irresponsible and therefore may operate said semi in an unsafe and dangerous manner without regard for the safety of others upon said roadway.

15.    Notwithstanding said duty as heretofore alleged in the preceding paragraph, the Defendant, PAGE, was then and there guilty of one or more of the following careless and negligent acts or omissions:

       (a)    Failed to provide and equip the semi with adequate and proper brakes to stop or control the movement of said motor vehicle;

       (b)    Failed to properly maintain said motor vehicle so that it was safe to operate on the public roadway;

(c) Entrusted the semi to the Defendant, MICHAEL S. JOHNSON, who operated said motor vehicle in a careless and negligent manner thereby causing a collision with the Plaintiff, DETONA MOON.

16. That as a direct and proximate result of the aforesaid careless and negligent acts or omissions of the Defendant, PAGE, the Plaintiff, DETONA MOON, was caused to suffer diverse temporary and permanent disabling injuries to his head, body, mind, limbs and nervous system, by reason of which the Plaintiff, DETONA MOON, has expended and incurred obligations for medical expenses and care and will in the future expend and incur such further obligations; the Plaintiff, DETONA MOON, has been and will be prevented from attending to his usual affairs and duties and has lost and will continue to lose great gains he would otherwise have made and acquired.

WHEREFORE, the Plaintiff, DETONA MOON, prays for judgment against the Defendant, PAGE TRANSPORTATION, INC., a Foreign Corporation, in an amount that exceeds Fifty Thousand Dollars ($50,000.00), which would fairly and reasonably compensate Plaintiff for his damages plus costs.

/s/ Jay A. Heller
One of the Attorneys for Plaintiff

HELLER & RICHMOND, LTD.
33 N. Dearborn St., Suite 1907
Chicago, IL 60602
(312) 781-6700
Atty. #91470
jheller@hellerrichmond.com

FILED DATE: 12/28/2018 10:37 AM    2018L013943

FILED
12/28/2018 10:37 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L013943

#8221                                                   Atty. # 91470

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

ERICA JACKSON and                    )
DETONA MOON,                         )
           Plaintiffs,               )
                                     )
vs.                                  )      No.   2018L013943
                                     )
MICHAEL S. JOHNSON, and              )
PAGE TRANSPORTATION, INC.,           )
a foreign corporation,               )  Amount: exceeds $50,000.00
                                     )
           Defendants.               )

## AFFIDAVIT

The undersigned, under oath, and pursuant to 735 ILCS 5/1-109, state that I am an attorney in charge of this case and that the total monetary damages sought in this cause of action exceeds **Fifty Thousand Dollars ($50,000.00)**.


                              /s/ Jay A. Heller
                              One of the Attorneys for Plaintiff


HELLER & RICHMOND, LTD.
33 N. Dearborn St., Suite 1907
Chicago, IL 60602
(312) 781-6700
Atty. #91470
jheller@hellerrichmond.com

RECEIVED
CAYUGA COUNTY SHERIFF
CIVIL DIVISION
2019 JAN 14 AM 10: 07

FILED
12/28/2018 10:37 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L013943

2120 - Served
2220 - Not Served
2320 - Served By Mail
2420 - Served By Publication
Summons - Alias Summons

2121 - Served
2221 - Not Served
2321 - Served By Mail
2421 - Served By Publication

(08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Erica Jackson and Detona Moon

(Name all parties)

v.

Michael S. Johnson and Page Transportation, Inc,
a Foreign Corporation

Case No.         2018L013943

☒ SUMMONS   ☐ ALIAS SUMMONS

To each Defendant: Page Transportation, Inc.
                   Piper Titus
                   2758 Trombley Road, Weedsport, NY 13166

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of
which is hereto attached, or otherwise file your appearance and pay the required fee within thirty
(30) days after service of this Summons, not counting the day of service. To file your answer or
appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate
this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to
the last page of this document for location information.

If you fail to do so, a judgment by default may be entered against you for the relief
requested in the complaint.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service,
with endorsement of service and fees, if any, immediately after service. If service cannot be made,
this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30)
days after its date.

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3



DEFENDANT'S
EXHIBIT
2

**Summons - Alias Summons**

(08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 91470

Atty Name: Heller & Richmond, Ltd.

Atty. for: Plaintiff

Address: 33 N. Dearborn St, Suite 1907

City: Chicago

State: IL   Zip: 60602

Telephone: 312-781-6700

Primary Email: jheller@hellerrichmond.com

12/28/2018 10:37 AM DOROTHY BROWN

Witness: _____

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

FILED DATE: 12/28/2018 10:37 AM   2018L013943

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ERICA JACKSON and )
DETONA MOON, )
 )
     Plaintiffs, )
 )
  vs. )
 )
MICHAEL S. JOHNSON and )
PAGE TRANSPORTATION, INC., )
a foreign corporation, )
 )
     Defendants. )

### AFFIDAVIT OF PIPER TITUS

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

1.     I am an officer and employee of Page Transportation, Inc., which is named as a defendant in a Complaint at Law filed by plaintiffs Erica Jackson and Detona Moon. I have reviewed the subject Complaint at Law.

2.     Based upon my experience and various duties with Page Transportation, Inc., I am familiar with the corporate citizenship and organization of Page Transportation, Inc.

3.     At all times from prior to February 8, 2018, to the present, defendant Page Transportation, Inc. has been a New York corporation and has maintained its headquarters and principal place of business at 2758 Trombley Road, Weedsport, New York 13166. Further, I am the corporation's registered agent with a formal registered address of 2758 Trombley Road, Weedsport, New York 13166. Accordingly, I understand Page Transportation, Inc. to be a citizen and resident of, and domiciled in, the state of New York at all times relevant.

4.     On January 16, 2019, a local sheriff served process on me in my capacity as the registered agent of Page Transportation, Inc. Process was served at 2758 Trombley Road, Weedsport, New York 13166, and included copies of the attached the Complaint at Law and the summons addressed to Page Transportation, Inc.

Further Affiant Sayeth Not.

                                         _____
                                       Piper Titus



DEFENDANT'S
EXHIBIT
3

FILED
12/28/2018 10:37 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L013943

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons                                    (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Erica Jackson and Detona Moon
_____

(Name all parties)          Case No. __2018L013943__

v.

Michael S. Johnson and Page Transportation, Inc,
a Foreign Corporation
_____

☒ **SUMMONS**   ☐ **ALIAS SUMMONS**

To each Defendant: Michael S. Johnson
59750 Dogwood Rd, Mishawaka, IN 46544

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

DEFENDANT'S
EXHIBIT
4

Summons - Alias Summons                                      (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 91470

Atty Name: Heller & Richmond, Ltd.

Atty. for: Plaintiff

Address: 33 N. Dearborn St, Suite 1907

City: Chicago

State: IL    Zip: 60602

Telephone: 312-781-6700

Primary Email: jheller@hellerrichmond.com

Witness: _____ 12/28/2018 10:37:61 ___ DOROTHY BROWN

_____

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

FILED DATE: 12/28/2018 10:37 AM   2018L013943

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ERICA JACKSON and                )
DETONA MOON,                     )
                                 )
        Plaintiffs,              )
                                 )
vs.                              )
                                 )
MICHAEL S. JOHNSON and       )
PAGE TRANSPORTATION, INC.,       )
a foreign corporation,           )
                                 )
        Defendants.              )

**AFFIDAVIT OF MICHAEL S. JOHNSON**

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1.      I have been named as a defendant in a Complaint at Law filed by plaintiffs Erica Jackson and Detona Moon.  Plaintiffs allege that I was involved in a motor vehicle accident which took place on February 8, 2018.

2.      As of the alleged accident date, I resided in Indiana.

3.      In or about March 2018, I moved my sole home residence to E2208 Meadow Valley Court, Waupaca, Wisconsin 54981. I intend to reside and work in Wisconsin indefinitely. I consider myself to be a resident of and domiciled in Wisconsin.



4.      To my knowledge, I have not been served with any summons, complaint or other process papers in this lawsuit.  Nevertheless, I am represented by counsel and hereby consent to the removal of this lawsuit from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois.

Further affiant sayeth not.

Michael S. Johnson

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ERICA JACKSON and         )
DETONA MOON,           )
                        )
      Plaintiffs,       )
                        )
   vs.               )
                        )
MICHAEL S. JOHNSON and   )
PAGE TRANSPORTATION, INC., )
a foreign corporation,     )
                        )
     Defendants.     )

## AFFIDAVIT OF COREY FERTEL

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1.    I am a licensed private investigator in the State of Illinois and have been so licensed since 1998. I am over the age of 18 years old and I am not a party to the above-captioned litigation. As part of my daily job duties, I investigate and determine correct addresses of individuals and corporate entities, serve process in civil lawsuits, and provide affidavits of service for filing in federal and state courts.

2.    I have investigated the residence addresses of plaintiffs Erica Jackson and Detona Moon.

3.    Based upon my investigation, I believe Erica Jackson's current home address is 13912 Central Park Avenue #1N, Robbins, Cook County, Illinois 60472. Further, I believe Erica Jackson has resided at this home address continuously since before February 8, 2018 to the present. My investigation included searches of public records and utility records.

4.    Based upon my investigation, I believe Detona Moon maintains home addresses at 13918 Central Park Avenue, Robbins, Cook County, Illinois 60472 and at 21762 Carol Avenue, Sauk Village, Cook County, Illinois 60411. Further, I believe Detona Moon has resided within Cook County, Illinois continuously since before February 8, 2018 to the present. My investigation included searches of public records and utility records.



DEFENDANT'S
EXHIBIT
6

5.      I have also exhausted all resources for locating any alternative residential addresses for Erica Jackson and Detona Moon. The following resources were exhausted: Aircraft ownership, Bankruptcies, Judgments & Liens, Domain Registrations, Government Employee Loans or Contracts, Merchant Vessels, National Property Ownership, Phone Directory, Pilot's License, Inmate Search, Social Security Death Index, Driver's License Search, and Professional License Search.


Further Affiant Sayeth Not.                    _____
                                               Corey Fertel

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA JACKSON and<br>DETONA MOON, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL S. JOHNSON and | ) |
| PAGE TRANSPORTATION, INC., | ) |
| a foreign corporation, | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF MARK G. POULAKIDAS

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1.      I am an attorney licensed to practice in the State of Illinois.  I am lead counsel for defendants in the above-captioned action.

2.      I have reviewed pre-suit settlement correspondence from plaintiffs' attorney which includes plaintiffs' individual settlement demands in amounts greater than $75,000 each, exclusive of injuries and costs.  This correspondence also lists various individual medical diagnoses rendered to each plaintiff plus an itemization of claimed medical bills totaling over $33,000 for plaintiff Erica Jackson and over $17,000 for plaintiff Detona Moon.

3.      Based upon all available damages information, including the Illinois S.Ct. Rule 222(b) affidavit executed by plaintiffs' attorney, I believe there is a reasonable probability that the individual amounts in controversy exceed the sum or value of $75,000.00 each, exclusive of interest and costs, for the claims of plaintiff Erica Jackson and plaintiff Detona Moon.

Further Affiant Sayeth Not.

_____
Mark G. Poulakidas

