3828.mgp        /ev

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERICA JACKSON and DETONA MOON, ) ) ) Plaintiffs, ) ) vs. ) ) MICHAEL S. JOHNSON and ) PAGE TRANSPORTATION, INC., ) a foreign corporation, ) ) Defendants. ) | No. 19-CV-736 |

## STIPULATION TO DISMISS

It is hereby stipulated and agreed, by and between the attorneys for the parties to the above-entitled cause; that the said cause be dismissed with prejudice and without costs to the parties pursuant to settlement, each party to bear its own attorneys' fees and costs.

*/s/ Karen C. Lee*
Karen C. Lee
Seidman Margulis & Fairman, LLP
Attorneys for Plaintiffs
20 S. Clark Street, Suite 700
Chicago, IL 60603
(312) 781-1977

*/s/ Mark G. Poulakidas*
Mark G. Poulakidas
Haynes, Studnicka, Kahan & Poulakidas, LLC
Attorneys for Defendants
200 W. Adams St., Suite 2175
Chicago, IL 60606
(312) 332-6644