**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Erica Jackson, et al.

                          Plaintiff,

v.                                                  Case No.: 1:19−cv−00736

                                                              Honorable Young B. Kim

Michael S Johnson, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 30, 2019:

      MINUTE entry before the Honorable Young B. Kim: In light of the stipulation to dismiss, (R. 31), Defendants motion to dismiss [32] is granted. Appearance is not necessary on September 5, 2019, to present this motion. This case is dismissed with prejudice. Civil case terminated. Mailed notice (ma,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.